# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SUSAN ZIMMERMAN, MOYA NEVILLE, DINO D'ADDARIO, JAY DESAI, TAMMY WOJCIK, JANA HEATON, and WESLEY BERKEY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MATSON MONEY, INC., CHRISTOPHER W. BURNS, INVESTUS ADVISERS LLC d/b/a DYNAMIC MONEY LLC, INVESTUS FINANCIAL LLC, and PEER CONNECT LLC, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:20-CV-04409-WMR |

## JOINT STATEMENT REGARDING RESTRICTIONS ON COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS

Plaintiffs Susan Zimmerman, Moya Neville, Dino D'Addario, Jay Desai, Tammy Wojcik, Jana Heaton, and Wesley Berkey, individually and on behalf of all others similarly situated, (collectively, "Plaintiffs") and Defendant Matson Money, Inc. ("Matson Money") submit this Joint Statement Regarding Restrictions on Communications with Putative Class Members pursuant to Local Rules 23.1C. In accordance with Local Rule 23.1C(2), Plaintiffs and Matson Money (collectively,

the "Parties"), through their undersigned counsel of record, conferred within the period set forth in the Local Rule to determine whether proper management of this case, or the interests of putative class members, require the entry of an order limiting communications the Parties or their respective counsel may have with putative class members.

<u>Plaintiffs' Proposal</u>:

Plaintiffs do not believe that an order limiting communications with putative class members is necessary, because the restrictions set forth in Local Rule 23.1(C)(3) are sufficient.  Moreover, under Local Rule 23.1(C)(2), an order limiting communications may only be entered "upon finding that a failure to so limit communications would likely result in imminent and irreparable injury to one of the parties." No such imminent and irreparable injury is alleged or can be alleged by Defendant Matson Money.

If the Court determines that an order is necessary, Plaintiffs propose the following language:

The Parties and their counsel may communicate with putative class members, provided that such communications comply with the restrictions set forth in Local Rule 23.1(C)(3).  However, the Court further orders that the Parties are prohibited

from contacting or otherwise communicating with putative class member(s) for the purpose of seeking a release or other settlement.

<u>Matson Money's Proposal</u>:

Matson Money proposes that the Court enter an order which limits communications with putative class members as follows:

The Parties and their respective counsel may communicate with putative class members, provided that such communications comply with the restrictions set forth in Local Rule 23.1(C)(3). The Court further orders that the Parties and their respective counsel are prohibited from contacting or otherwise communicating with unrepresented putative class member(s) for the purpose of seeking a release or other settlement or for the purpose of offering unsolicited representation.

Respectfully submitted this 15th day of January, 2021.

| | |
|---|---|
| <u>/s/ Jason R. Doss</u><br>Jason R. Doss<br>Georgia Bar No. 227117<br>The Doss Firm, LLC<br>The Brumby Building<br>127 Church Street, Suite 220<br>Marietta, Georgia 30060<br>(770) 578-1314<br>jasondoss@dossfirm.com<br><br><u>Robert C. Port</u><br>Robert C. Port<br>Georgia Bar No. 584665 | <u>/s/ Robert R. Ambler, Jr.</u><br>Robert R. Ambler, Jr.<br>Georgia Bar No. 014462<br>Brendan H. White<br>Georgia Bar No. 458315<br>Womble Bond Dickinson (US) LLP<br>271 17th Street, NW, Suite 2400<br>Atlanta, Georgia 30363-1017<br>(404) 872-7000<br>Bob.Ambler@wbd-us.com<br>Brendan.White@wbd-us.com<br><br>Russell S. Sayre |

WBD (US) 50960277v2

| | |
|---|---|
| Luke M. Caselman | Admitted *Pro Hac Vice* |
| Georgia Bar No. 918204 | Spencer S. Cowan |
| Gaslowitz Frankel LLC | Admitted *Pro Hac Vice* |
| 303 Peachtree Street N.E., Suite 4500 | Taft Stettinius & Hollister LLP |
| Atlanta, Georgia 30308 | 425 Walnut Street, Suite 1800 |
| (404) 892-9797 | Cincinnati, Ohio 45202-3957 |
| rport@gadisputes.com | (513) 381-2838 |
| lcaselman@gadisputes.com | sayre@taftlaw.com |
| | scowan@taftlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Matson Money, Inc.* |

## CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE

Pursuant to Local Rule 5.1C and Standing Order No. 19-01, the foregoing document is prepared in Times New Roman, 14-point font, and was filed using the CM/ECF system, which will automatically provide notice to all attorneys of record by electronic means.

This 15th day of January, 2021.

/s/ *Robert R. Ambler, Jr.*
Robert R. Ambler, Jr.
Georgia Bar No. 014462