# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SUSAN ZIMMERMAN, MOYA NEVILLE, DINO D'ADDARIO, JAY DESAI, TAMMY WOJCIK, JANA HEATON, and WESLEY BERKEY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MATSON MONEY, INC., CHRISTOPHER W. BURNS, INVESTUS ADVISERS LLC d/b/a DYNAMIC MONEY LLC, INVESTUS FINANCIAL LLC, and PEER CONNECT LLC, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:20-CV-04409-WMR |

## **ORDER**

This matter is before the Court on Matson Money, Inc.'s Consent Motion to Extend the Deadline to Answer Plaintiffs' Amended Complaint (the "Motion"). Having considered all matters of record, and for good cause shown, the Motion is hereby **GRANTED**. Accordingly, Matson Money, Inc.'s deadline to answer Plaintiffs' Amended Complaint is hereby **EXTENDED** up through and including **June 30, 2021**.

WBD (US) 48741959v1

**SO ORDERED**, this 23rd day of June, 2021.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

Order prepared and presented by:

/s/ Brendan H. White
Robert R. Ambler, Jr.
Georgia Bar No. 014462
Brendan H. White
Georgia Bar No. 458315
Womble Bond Dickinson (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, Georgia 30363-1017
(404) 872-7000
Bob.Ambler@wbd-us.com
Brendan.White@wbd-us.com

Russell S. Sayre
Admitted *Pro Hac Vice*
Spencer S. Cowan
Admitted *Pro Hac Vice*
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838
sayre@taftlaw.com
scowan@taftlaw.com

*Attorneys for Matson Money, Inc.*

WBD (US) 48741959v1