IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUSAN ZIMMERMAN, MOYA NEVILLE, DINO D'ADDARIO, JAY DESAI, TAMMY WOJCIK, JANA HEATON, and WESLEY BERKEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MATSON MONEY, INC., CHRISTOPHER W. BURNS, INVESTUS ADVISERS LLC d/b/a DYNAMIC MONEY LLC, INVESTUS FINANCIAL LLC, and PEER CONNECT LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:20-CV-04409-WMR |

## **SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified: stated in the above completed form, except as herein modified:

Upon the Parties' consent, this action is scheduled for a twelve (12) month

discovery period.

    IT IS SO ORDERED, this __14th__ day of _____July_____, 2021.


_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE