IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUSAN ZIMMERMAN, et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:20-CV-04409-WMR |
| MATSON MONEY, INC., et al | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER REGARDING RESTRICTIONS ON COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS

It is hereby ORDERED that the parties and their respective counsel may communicate with putative class members, provided that such communications comply with the restrictions set forth in Local Rule 23.1(C)(3). The Court further ORDERS that the parties and their respective counsel are prohibited from contacting or otherwise communicating with unrepresented putative class member(s) for the purpose of seeking a release or other settlement or for the purpose of offering unsolicited representation.

So ORDERED this 22nd day of December, 2021.

_William M. Ray II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE